Case 2:23-cv-00228-JAG    ECF No. 58    filed 11/12/24    PageID.679    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2024

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY BURRIS,<br><br>                    Plaintiff,<br><br>   v.<br><br>WASHINGTON TRUST BANK, a Washington corporation,<br><br>                    Defendant. | No. 2:23-cv-00228-JAG<br><br>STIPULATED MOTION TO DISMISS AND ORDER DISMISSING CASE<br><br>[CLERK'S ACTION REQUIRED] |

## **STIPULATION**

Pursuant to LCivR 41(a)(1)(B), Plaintiff Emily Burris and Defendant Washington Trust Bank, by and through their undersigned counsel of record, Jackson Lewis P.C., hereby stipulate that all claims in this matter between Plaintiff and Defendant have been fully resolved. The parties further stipulate that this action should be dismissed in its entirety with prejudice and without award of attorney fees or costs to either party.

DATED this 11th day of November, 2024.

Respectfully submitted,

| EMILY BURRIS | JACKSON LEWIS P.C. |
|---|---|
| By: _s/Emily Burris (via email authorization)_<br>Emily Burris<br>8524 N Pamela Street<br>Spokane, WA 99208<br>emkenney81@gmail.com<br>Plaintiff, *Pro Se* | By: _s/Bryan P. O'Connor_<br>Bryan P. O'Connor, WSBA #23867<br>Bryan.OConnor@jacksonlewis.com<br>Telephone: (206) 626-6423<br>Jaime M. Heimerl, WSBA #49100<br>Jaime.Heimerl@jacksonlewis.com<br>Telephone: (206) 626-6407 |

STIPULATED MOTION TO DISMISS AND
ORDER DISMISSING CASE - 1

Jessica M. Cox, WSBA #53027
Jessica.Cox@jacksonlewis.com
Telephone: (206) 626-6410
520 Pike Street, Suite 2300
Seattle, WA 98101

Counsel for Defendant

## ORDER

Based on the above Stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITH PREJUDICE and is dismissed without costs or attorney fees to either party.  The District Court Executive shall CLOSE the case.

DATED this 12th day of November, 2024.

```
                              _____
                              The Honorable James A. Goeke
                              United States District Judge
```